May 22, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT RANDALL KRAUSE, Appellant

NO. 14-11-00884-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceedings in accordance with its opinion.

We order THE STATE OF TEXAS to pay all costs incurred in this appeal.

We further order this decision certified below for observance.